RECEIVED
10 JAN 21  AM 10: 34
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: <u>Michael Thomas Graff & Mariam Bashiri</u> Graff

Chapter 7 Case No. <u>08-43261</u>

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Health East | 3 | | $1.45 |
| US Bank | 6 | | 3.33 |
| US Bank | 7 | | 0.11 |
| FIA Card Services, NA/ Bank of America | 17 | | 3.18 |
| TOTAL | | | $8.07 |

Date: January 20, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871    #63538